**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: ) | Case No: 06-20202-659 |
| ) | |
| JAMES WILLIAM WILLIS ) | Chapter 13 |
| SHERRY LYNN WILLIS ) | |
| ) | |
| **Debtors** ) | |

**LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT**

Comes now John V. Labarge, Jr., Chapter 13 Trustee, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011. The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

CLEARCHECK
135 INTERSTATE BLVD                                                                $9.71
GREENVILLE, SC  29615
0031

Dated: July 29, 2011                            /s/ John V. Labarge, Jr., Chapter 13 Trustee
UNCLFUNDS--XC                                   John V. Labarge, Jr., Chapter 13 Trustee
                                                P.O. Box 430908
                                                St. Louis, MO  63143
                                                (314) 781-8100  Fax: (314) 781-8881
                                                trust33@ch13stl.com